IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 10-56012 |
| | ) | Chapter 13 |
| Daniel James Antell | ) | |
| | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | |
| | | ADVERSARY NO: |
| Daniel James Antell | ) | |
| 1920 16th St. S.W. | | COMPLAINT TO DETER- |
| Akron, OH 44314 | ) | MINE THAT CLAIMS OF |
| | | HOUSEHOLD REALTY CORP- |
| Plaintiff | ) | ORATION AND THE U.S. |
| | | SECRETARY OF HOUSING |
| v. | ) | AND URBAN DEVELOPMENT |
| | | ARE UNSECURED CLAIMS, |
| Household Realty Corporation | ) | AND TO AVOID JUDICIAL LIEN |
| 841 Seahawk Circle | | OF HOUSEHOLD REALTY CORP- |
| P.O. Box 8546 | ) | ORATION PURSUANT TO 11 |
| Virginia Beach, VA 23452 | | U.S.C. SEC. 522(f) |
| | ) | |
| Defendant | | |
| | ) | |
| and | | |
| | ) | |
| Secretary. U.S. Department of | | |
| Housing and Urban Development | ) | |
| 451 Seventh St. SW | | |
| Washington, DC 20410 | ) | |
| | | |
| Defendant. | ) | |

Daniel James Antell, the plaintiff herein, by and through the undersigned counsel,

for his complaint against Household Realty Corporation and the Secretary of the U.S.

Department of Housing and Urban Development, alleges as follows:

1.  This is a core proceeding over which this Court has jurisdiction under 28 U.S.C. Sec. 157(b).

2.  The plaintiff is the debtor in this chapter 13 case.  The defendant, Household Realty Corporation, claims or may claim to hold a secured claim against the plaintiff by virtue of a mortgage from Daniel J. Antell and Amanda Czarnecki to Household Realty Corporation dated October 28, 2005 in the amount of $13,854.78, recorded as instrument number 55258931 on November 16, 2005 in the records of the Summit County, Ohio Fiscal Officer, recording division.  Household Realty Corporation further claims or may claim to hold a secured claim against the plaintiff by virtue of a judgment lien filed in the Summit County Court of Common Pleas for the same indebtedness and designated in the judgment lien records of the Clerk of that Court as judgment lien number J2009-4769. Upon information and belief, the plaintiff avers that he owes a current approximate principal balance of $8,385.10 on this indebtedness.

3.  The defendant, the Secretary of the U.S. Department of Housing and Urban Development,  claims or may claim to hold a secured claim against the plaintiff by virtue of a mortgage from Daniel J. Antell to the Secretary of Housing and Urban Development dated November 2, 2009 in the amount of $8,775.58 and recorded as instrument number 55672243 on December 21, 2009 in the records of the Summit County, Ohio Fiscal Officer.  Upon information and belief, the plaintiff avers that he owes a current approximate principal balance of $8,775.58 on this indebtedness.

3.  The alleged mortgage owed by the plaintiff to Household Realty Corporation referred to in paragraph number two (2) above is a second mortgage on the plaintiff's real

estate located at 1920 16th St., S.W., Akron, Ohio.

4. The alleged mortgage owed by the plaintiff to the Secretary of the U.S. Department of Housing and Urban Development referred to in paragraph number three (3) above is a third mortgage on the plaintiff's real estate located at 1920 16th St., S.W., Akron, Ohio.

5. The plaintiff's real estate located at 1920 16th St. S.W. Akron, Ohio is the plaintiff's residence. The plaintiff has claimed a homestead exemption in this real estate pursuant to Ohio Rev. Code Sec. 2329.66(A)(1) in the amount of $20,200.00.

6. GMAC Mortgage holds the first mortgage on the plaintiff's real estate referred to above. The debtor avers that he owes an approximate current principal balance of $67,000.00 on this first mortgage.

7. The value of the plaintiff's real estate referred to above does not exceed the amount of the appraisal of the Summit County Ohio Fiscal Officer, attached hereto as Exhibit "A," which is $66,270.00.

8. Under the reasoning of *Lane v. Western Interstate Bancorp* (*In re Lane*), 280 F.3d 663 (6th Cir. 2002), the plaintiff's alleged mortgage indebtedness owed to the defendants, if any, is a wholly unsecured claim and, as such, is subject to lien stripping.

9. Pursuant to 11 U.S.C. 522(f), the judgment lien referred to at paragraph two (2) above owed by the plaintiff to Household Realty Corporation impairs the plaintiff's homestead exemption referred to at paragraph five (5) above and is subject to avoidance by the debtor pursuant to that statute.

WHEREFORE, the plaintiff requests the entry of an order declaring that his

obligations owed to the defendants are wholly unsecured obligations and should be

allowed and paid by the chapter 13 trustee inside the plaintiff's chapter 13 plan as general

unsecured claims.  The plaintiff further is entitled to a judgment declaring that the alleged

second mortgage owed by the plaintiff to Household Realty Corporation and the alleged

third mortgage owed by the plaintiff to the Secretary of the U.S. Department of Housing

and Urban Development are null. void and without any legal effect whatsoever.  The

plaintiff further is entitled to a judgment avoiding and canceling the above-referenced

judicial lien owed to Household Realty Corporation pursuant to 11 U.S.C. Sec. 522(f).


/s/ Robert M. Whittington, Jr. 0007851
Attorney for the Plaintiff
159 S. Main St., Suite 1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com

|||||||||||||||||||||||||||||||||||||||||

**54593012**
Page: 1 of 2
09/05/2001 02:48P
DE          14.00

FRANK WILLIAMS, SUMMIT CO AUDITOR

## Know All Men by These Presents:

That Crawford Lumber Co~~mpany~~ ~~Inc~~. *Company Incorporated*, the Debtor in Possession and the Grantor, a corporation, in consideration

of Ten and No/100 Dollars and other consideration, in hand paid to it by the Grantee,

**Daniel J. Antell**

the receipt whereof is hereby acknowledged, does hereby Grant, Bargain, Sell and Convey, to the

said Grantee, his heirs and assigns forever, the following described Real Estate:

Situated in the City of Akron, County of Summit and the State of Ohio and known as being all of Lot Number Forty-Five (45) in the Highland Homes Allotment, as recorded in Plat Book Twenty-One (21) and Page Fifty-Three (53) of the Summit County Records of Plats.

Be the same more or less, but subject to all legal highways, conditions, restrictions and easements of record, and zoning ordinances, if any.

Property has street address of: 1920 16th Street, Akron, Ohio

PPN: 05-0066-709-027

PN: 67-06264

05-0066709027

and all the Estate, Title and Interest of the said Grantor, either in Law or Equity, in and to the said

premises; Together with all the privileges and appurtenances to the same belonging: To have and to hold the

same to the only proper use of the said Grantee, his heirs, successors and assigns forever.

And the said Grantor, for itself and for its successors, hereby Covenants with the said Grantee, his heirs,

successors and assigns, that it is the true and lawful owner of the said premises, and has full power to convey

the same; and that the title so conveyed is Clear, Free and Unencumbered except for easements, restrictions,

limitations of record and taxes and assessments not yet due and owing;

MIDLAND COMMERCE GROUP
ORDER NO: A-93972 JJH

*(left margin, vertical text)* Description approved by Tax Maps
Approval good for 30 days from
7-5-01



54593012
Page: 2 of 2
09/05/2001 02:48P
DE 14.00
FRANK WILLIAMS, SUMMIT CO AUDITOR

And further, That it does Warrant and will Defend the same against all claims of all persons whomsoever,

except as noted above.

In Witness Whereof, The Said Grantor has caused its corporate name to be hereunto subscribed

by Linda Hahn its Chairman, thereunto duly authorized by resolution of its Board of Directors.

Signed and acknowledged in presence of us:

_____
(Signature of witness)

Deborah Loughborough
(Witness name printed)

_____
(Signature of witness)

Darlene S. Loughborough
(Witness name printed)

Crawford Lumber Co., Inc.
Debtor in Possession

_____
By: Linda Hahn, its Chairman

State of __OHIO__
County of __SUMMIT__

    The foregoing instrument was acknowledged before me this _13th_ day of _August_ , 2001, by
Linda Hahn, the Chairman of the Board, on behalf of the corporation.

TRANSFERRED IN COMPLIANCE WITH
SEC. 319.202 REV. CODE

$ 10,500.00  $ 202.00 FEE
Consideration
FRANK WILLIAMS  BY_____
County Auditor    Deputy Auditor
No. of pages_____

_____
Notary Public - State of __OHIO__

My commission expires: _Aug. 8, 2004_

This Instrument was prepared by:
Joseph J. Burgoon
Attorney at Law
2621 Dorset Road, Columbus, Ohio – 44312
330-352-0717

TRANSFERRED
01 SEP -5 PH 2:45
FRANK WILLIAMS
COUNTY AUDITOR

E X H I B I T A

[ Print ]   [ Pay by Phone ]   [ Pay On-Line ]

# *John A. Donofrio*

**Fiscal Officer, County of Summit**
Note: This is a live file and is subject to constant change.

**IAS4 - INTEGRATED ASSESSMENT SYSTEM REVIEW DOCUMENT**
**Summit County Auditor Division, OH - Tax Year 2010**

<u>Print</u>

## *BASIC INFORMATION FOR PARCEL 6706264*

| | | | |
|---|---|---|---|
| **PARCEL** | 6706264 | **ALT_ID** 050066709027000 | **NO CARDS** 1 |
| **OWNER** | ANTEL DANIEL J | | **INFO** |
| **OWNER** | | | ---LISTER--- |
| **DESC.** | HIGHLAND HOMES LOT 45 ALL | | 857       17-OCT-06 |
| **DESC.** | | | **RENTAL REG** |
| **DESC.** | | **LUC** 510   R - SINGLE FAMILY DWELLING, PLATTED | |
| **ADDR.** | 1920 SW 16TH ST , AKRON 44314- | | **CLASS**   R |
| **SPEC FLAG** | | | **NBR**   30100258 |
| **HOMESTEAD** No | | | **2.5% REDUCTION**  Yes |
| **DISTRICT** | 67  AKRON CITY-AKRON CSD | | **INTER-COUNTY**  77-0530 |

## *LAND FOR PARCEL 6706264*

| CODE | ACTUAL | BASE | DEPTH | UNIT | DEP/FAC | INCR/DECR | INFLUENCE | INFLU% | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 41 | 40 | 110 | 375 | .85 | 190/190 | | | 12910 |

**LOT CODE:** 01 = HOUSE LOT

## *RESIDENTIAL CARD 1 OF 1 FOR PARCEL 6706264*

| | | | |
|---|---|---|---|
| **STYHT** | 2 | **HT/AC** | CENTRAL AIR CONDITION |
| **CONST** | ALUMINUM/VINYL | **FUEL** | GAS |
| **MSRY TRIM** | | **SYSTEM** | |
| **TYPE** | COLONIAL | **ATTIC** | NO |
| **YR BUILT** | 1924 | **FINBSMT** | |
| **EFF YR** | | **REC RM** | |
| **YRREMDLD** | | **FRP PREFB** | |
| **TOT RM** | 6 | **FRPL OP/ST** | |
| **BEDRM** | 2 | **BSMT GAR** | |
| **FAMLYRM** | | **PHYSICAL** | 50 |
| **FULL/BTH** | 1 | **FUNC DEP** | |
| **HALF/BTH** | | **FUNC RSN** | |
| **TOT FIXTRS** | 5 | **ECON DEP** | |
| **BSMT** | FULL | **ECON RSN** | |
| **GFLA** | 480 | **GRADE** | 080 |
| **SFLA** | 1040 | **COND (CDU)** | AVERAGE         (100%) |
| | | **PCT CMPL** | |

**DESCRIPTION:** COLONIAL ALUMINUM/VINYL 2 STORY WITH 480 SQ FT GROUND FLOOR LIVING AREA AND 1040 TOTAL SQ FT LIVING AREA, BUILT ABOUT 1924. IT HAS 6 TOTAL ROOMS WITH 2 BEDROOMS, 1 FULL BATHROOM, A FULL BASEMENT, HEATING IS CENTRAL AIR CONDITION AND THE OVERALL CONDITION IS AVERAGE. THE "ADDN MISC FEATURES" VALUE WAS DERIVED FROM THE HT/AC (2120),.



**ADDITION CODES:**

| LN | LW | 1S | 2N | 3R | AREA | %COMP | VALUE |
|---|---|---|---|---|---|---|---|
| B | 10 | | | | 80 | | 5000 |
| C | 12 | | | | 112 | | 3470 |
| D | 12 | | | | 112 | | 3470 |
| E | 11 | | | | 140 | | 2860 |



**ADDITIONS:**
  **LINE B** FIRST FLOOR FRAME LIVING AREA
  **LINE C** FIRST FLOOR ENCLOSED FRAME PORCH
  **LINE D** FIRST FLOOR ENCLOSED FRAME PORCH
  **LINE E** FIRST FLOOR OPEN FRAME PORCH

**SECONDARY:**

| CODE | YR BLT | SQ FT | MODS | CD | %GOOD | %COMP | FUN UNIT | FUN/ RS | ECO/ RS | RCNLD |
|------|--------|-------|------|----|-------|-------|----------|---------|---------|-------|
| G30 | 1978 | 1 | | A | 67 | | 1 | | | 7370 |

G30 = GARAGE DETACHED FRAME/BLOCK

## SUMMARY ALL CARDS FOR PARCEL 6706264

| | | | | | | |
|---|---|---|---|---|---|---|
| **LAND:** | 12910 | **BUILDING:** | 53360 | **TOTAL:** | 66270 |
| **ASSESSED LAND:** | 4520 | **ASSESSED BLDG:** | 18680 | **ASSESSED TOTAL:** | 23200 |

## SALES INFORMATION FOR PARCEL 6706264

| DATE | DOC# | GRANTOR | AMT | SALE | DESC | PARCELS |
|------|------|---------|-----|------|------|---------|
| 05-SEP-01 | 18126 | CRAWFORD LUMBER COMPANY INCORP | 70500 | 1 | VALID | 1 |
| 15-SEP-99 | 18135 | STEINMUELLER MARY E | 65000 | 1 | VALID | 1 |

| Print | Pay by Phone | Pay On-Line |
|-------|--------------|-------------|

## 2010 SUMMARY INFORMATION FOR PARCEL 6706264

| | | | |
|---|---|---|---|
| **MAILING ADDRESS** | | **LUC** | 510 |
| ANTEL DANIEL J | | **CLASS** | R |
| 1920 16TH ST SW | | **2.5%** | Y |
| AKRON, OH 44314 | | **HMSTD** | N |
| **APPRAISED VALUE** | 66,270 | **CAUV** | N |
| **TAXABLE VALUE** | 23,200 | **FOREST** | N |
| **BANK CODE** 5319 | GMAC MORTGAGE CORP | **STUB** | |
| **TREAS CODE** | | **CERT YEAR** | N |
| **CUR YR REFUND** | | **DELQ CONTRACT** | N |
| **PRI YR REFUND** | | **BANKRUPTCY** | N |
| **MONEY IN ESCROW** | | **FORECLOSURE** | N |
| **MONEY IN PRETAX** | | | |

### Beginning Tax Duplicate

| | Where Do My Tax Dollars Go? | Voter Approved Levy Tax |
|---|---|---|
| | First Half Charges | Second Half Charges |
| Realestate | 0.00 | 0.00 |
| Special Assessment | 0.00 | 0.00 |
| Total | 0.00 | 0.00 |
| Due Date | NOV 24, 2010 | JUL 16, 2010 |

10-56012-mss   Doc 8   FILED 12/30/10   ENTERED 12/30/10 11:11:30   Page 8 of 10

## Total Tax Amount Due Reflects Payment & Adjustment To Date

|  | DELQ | 1st HALF | 2nd HALF |
|---|---|---|---|
| TOTAL REAL ESTATE AND SPECIAL CHARGES | 0.00 | 0.00 | 0.00 |
| P & I & ADJ | 0.00 | 0.00 | 0.00 |
| PAYMENTS | 0.00 | 0.00 | 0.00 |
| AMOUNT DUE | 0.00 | 0.00 | 0.00 |
| YEARLY AMOUNT DUE: | | | 0.00 |

### *2010 TAX BILL DETAILS FOR PARCEL 6706264*

| DATE | SETTLE | PROJ. # | ACTION /CODE | 1st HALF | 2nd HALF |
|---|---|---|---|---|---|

| | 1st HALF | 2nd HALF |
|---|---|---|
| DELQ REAL ESTATE & ASSESSMENT TAX: | 0.00 | |
| ADJUSTMENT: | 0.00 | |
| DECEMBER INTEREST: | 0.00 | |
| AUGUST INTEREST: | 0.00 | |
| TOTAL | 0.00 | |
| REAL ESTATE CHARGES: | 0.00 | 0.00 |
| SPECIAL ASSESSMENT CHARGES: | 0.00 | 0.00 |
| ADJUSTMENT: | 0.00 | 0.00 |
| TOTAL CHARGES: | 0.00 | 0.00 |

PAYMENTS:    DATE    TYPE

| | 1st HALF | 2nd HALF |
|---|---|---|
| TOTAL PAYMENTS: | 0.00 | 0.00 |
| FH/SH AMOUNT DUE: | 0.00 | 0.00 |

SPECIAL ASSESSMENT:

| PROJECTNAME | END | 1st HALF | 2nd HALF |
|---|---|---|---|

### *GENERAL INFORMATION*

**JOHN A. DONOFRIO**
**FISCAL OFFICER, COUNTY OF SUMMIT**
**175 SOUTH MAIN ST.**
**AKRON, OHIO 44308**

### *PLEASE DIRECT INQUIRIES CONCERNING PROPERTY VALUES TO*

| | |
|---|---|
| **(330)-643-2645** | **SPECIAL ASSESSMENTS** |
| **(330)-643-2710** | **APPRAISAL INFORMATION** |
| **(330)-643-2661** | **HOMESTEAD** |
| **(330)-643-2636** | **GENERAL REAL ESTATE** |

### *PLEASE DIRECT INQUIRIES ABOUT YOUR TAX BILL INFORMATION TO*

**(330)-643-2867**          **TREASURER DIVISION PRE-PAYMENT PROGRAM**

10-56012-mss    Doc 8    FILED 12/30/10    ENTERED 12/30/10 11:11:30    Page 9 of 10

| | |
|---|---|
| (330)-643-2600 | **MONTHLY DELINQUENT CONTRACT PROGRAM** |
| (330)-643-2587 | **TAX BILL MAILING INFORMATION** |
| (330)-643-2589 | **PAYMENT INFORMATION** |

*Click the Following Links to Navigate the Tax Years*

2009  2008  2007  2006  2005  2004  2003  2002  2001  2000  1999  1998  1997  1996